**Order entered November 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00941-CR

**ANTHONY RASHAD GEORGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76714-S**

## ORDER

Before the Court is Official Court Reporter Lisa V. Jackson's November 26, 2018 third request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to file the reporter's record until **December 31, 2018**.

If Ms. Jackson fails to file the record by December 31, 2018, the Court may utilize its available remedies, including ordering that she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; to Lisa V. Jackson, official court reporter, 282nd Judicial District Court; and to counsel for the parties.

/s/    CRAIG STODDART
        JUSTICE